IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Meekins, Cecilia T

Printed: 01/06/09

Case Number: 08 B 15116
Judge: Wedoff, Eugene R
Filed: 6/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 5, 2009
Confirmed: August 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 247.22 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 231.15 |
| Trustee Fee: | | 16.07 |
| Other Funds: | | 0.00 |
| Totals: | 247.22 | 247.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter L Berk Law Office | Administrative | 2,504.00 | 231.15 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured | 199.52 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 73.62 | 0.00 |
| 7. | PRA Receivables Management | Unsecured | 148.12 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 115.95 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 57.67 | 0.00 |
| 10. | LHR Inc | Unsecured | 29.61 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 15.75 | 0.00 |
| 12. | Blazer Financial Services Inc | Unsecured | | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 15. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Certified Services | Unsecured | | No Claim Filed |
| 18. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | I C Systems Inc | Unsecured | | No Claim Filed |
| 22. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 23. | MRSI | Unsecured | | No Claim Filed |
| | | | $ 3,144.24 | $ 231.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Meekins, Cecilia T

Printed: 01/06/09

Case Number:  08 B 15116
Judge:  Wedoff, Eugene R
Filed:  6/12/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 16.07 |
| | $ 16.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

